UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                                  :
EVERLIDYS BAEZ,                                   :
                                 Plaintiff,      :
                                                     :      20 Civ. 1091 (LGS)
                  -against-                 :
                                                     :      <u>ORDER</u>
UNITED STATES,                               :
                                 Defendants.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the initial pretrial conference in this matter is scheduled for July 23, 2020;

       WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

       **ORDERED** that the July 23, 2020, initial pretrial conference is **cancelled**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  The parties should be aware that the Court does not extend the deadlines for discovery absent compelling circumstances.

Dated: July 20, 2020
       New York, New York

                                                       LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE